# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MATTHEW NICHOLS, ADC #107815　　　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　Petitioner,　　　　　*
v.　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*　No. 5:16CV00216-SWW
WENDY KELLEY, *Director*　　　　　 *
*Arkansas Department of Correction*　*
　　　　　　　　　　　　　　　　　　*
　　　　　　　Respondent.　　　　　*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED with prejudice.

2. A certificate of appealability will not be issued.

IT IS SO ORDERED this 29th day of June, 2017.

　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE