# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| MATTHEW NICHOLS, ADC #107815 | * |
| Petitioner, | * |
| v. | * |
| | * No. 5:16CV00216-SWW |
| WENDY KELLEY, *Director* | * |
| *Arkansas Department of Correction* | * |
| Respondent. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 29th day of June, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE